JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAFAEL HERNANDEZ, <br> Petitioner, <br> v. <br> KATHLEEN ALLISON, Warden, <br> Respondent. | Case No. CV 11-3961-JSL (SP) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: Jan 5, 2012

*Spencer Letts*

_____
HONORABLE J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE